# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| John Davis, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CononcoPhillips Company, )<br><br>Defendant. ) | **ORDER**<br><br>Case No. 1:22-cv-105 |

On June 23, 2023, the Parties filed a Joint Motion to Stay Case and Pursue Mediation. (Doc. No. 45). Advising that they intend to mediate this matter on or before September 19, 2023, they request that the court stay all proceedings and deadlines for 90 days.

The court **GRANTS** the Parties' motion. (Doc. No. 45). This action shall be stayed pending further order. The Parties shall submit a report to the court by September 22, 2023, to advise the court on the status of the mediation and how they would like to proceed.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2023.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court